IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA**

v.  Criminal No. 2:08cr44

**ELENA OLEGOVNA IVANOVA,**

**Defendant.**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the Defendant's plea of guilty to Count Four and Count Eight of an Eleven-Count Indictment is now **ACCEPTED** and the defendant is **ADJUDGED GUILTY** of such offenses.

Sentencing is hereby scheduled for July 16, 2008, at 2:00 p.m.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, counsel for the defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

Norfolk, Virginia
April 18, 2008